United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10302-amc
Ron Johnson                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 1              Date Rcvd: May 09, 2018
                               Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db          +Ron Johnson,    33 Maple Street,    Marcus Hook, PA 19061-4615
14050848    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14051431    +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14050849    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14079185    +MTGLQ INVESTORS, L.P.,    c/o Rushmore Loan Management Services,    PO Box 52708,
              Irvine, CA 92619-2708
14050850    +MTGLQ Investors, L.P.,    15480 Laguna Canyon Road, Ste. 100,    Irvine, CA 92618-2132
14050851    +Princetta Bullock,    4 Olympia Avenue,    West Grove, PA 19390-9538
14050852    +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
14056846    +VAK M8 Fund, LLC.,    224 E. Jericho Turnpike,    South Huntington, NY 11746-7304
14050853    +Verizon,    Po Box 650584,    Dallas, TX 75265-0584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:18    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2018 02:48:33
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2018 02:48:58    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14052913    +E-mail/Text: legal@castlecredit.com May 10 2018 02:49:31    Castle Credit Co Holdings, LLC,
              8430 West Bryn Mawr Avenue, Suite 750,    Chicago, Illinois 60631-3475
14055648    +E-mail/Text: bankruptcy@cavps.com May 10 2018 02:48:55    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14072663    +E-mail/Text: bankruptcydpt@mcmcg.com May 10 2018 02:48:43    MIDLAND FUNDING LLC,
              PO BOX 2011,    WARREN MI 48090-2011
14068954    +E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2018 02:48:53    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Debtor Ron  Johnson djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    MTGLQ INVESTORS, L.P. bk@rgalegal.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
               Asset-Back Certificates, Series INAMB 2005-C bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RON JOHNSON                                        Chapter 13

                    Debtor            Bankruptcy No. 18-10302-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

4/17/2018                    _____
                             Ashely M. Chan
                             Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DEMETRIUS J. PARRISH
7715 CRITTENDEN ST
SUITE 360
PHILADELPHIA, PA 19118-


Debtor:
RON JOHNSON

33 MAPLE STREET

MARCUS HOOK, PA 19061